**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Nicholas James Willing,<br>Plaintiffs,<br>vs.<br>State of Nevada,<br>Defendants. | 2:25-cv-00623-GMN-MDC<br><br>**ORDER STRIKING ROGUE FILING (ECF NO. 24)** |

This case is closed. The Court closed this case last year and consolidated it with plaintiff's earlier filed identical case. *See ECF No. 22, Order consolidating case with the lead case, Willing v. State of Nevada, 2:25-cv-02229-GMN-MDC* ("Lead Case"). The plaintiff filed the instant motion in this closed case. *ECF No. 24.* Because this case is closed, the Court cannot act on plaintiff's filing and thus, the Court strikes it from the record. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation"). Plaintiff will not be prejudiced because he is able to file in the consolidated Lead Case.

**IT IS SO ORDERED THAT:**

1. Plaintiff's *Motion to Discharge* (*ECF No. 24*) is **STRICKEN.**
2. Plaintiff is CAUTIONED that this matter is closed, and he may not file any more documents in this case.

IT IS SO ORDERED.

DATED: July 31, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge